**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 04-7027

———————

FRANKLIN DELYNN MEADERS,

Plaintiff - Appellant,

versus

RANDALL LEE; J. BOYD BENNETT; THEODIS BECK;
JANE DOE; MR. WHITE,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard,
District Judge. (CA-03-880-5-CT-H)

———————

Submitted: October 14, 2004        Decided: October 21, 2004

———————

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Franklin Delynn Meaders, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Franklin Delynn Meaders appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Meaders v. Lee, No. CA-03-880-5-CT-H (E.D.N.C. May 3, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED